## MEMORANDUM DECISIONS

BLACKWELL v. SOUTHERN PAC. CO. (Circuit Court of Appeals, ninth Circuit. May 14, 1913.) No. 2,103. In Error to District Court of the United States for the Second Division of the Northern District of California. See, also, 184 Fed. 489. Thomas, Beedy & Lanagan, of San Francisco, Cal., for plaintiff in error. William F. Herrin, C. W. Durbrow, and G. V. Shoup, all of San Francisco, Cal., for defendant in error.

PER CURIAM. On motion of counsel for plaintiff in error to dismiss the writ of error, and pursuant to stipulation therefor of counsel for respective parties, said motion is granted, and writ of error dismissed, with costs in favor of the defendant in error and against plaintiff in error.

---

CITY AND COUNTY OF SAN FRANCISCO et al. v. SPRING VALLEY WATER CO. (Circuit Court of Appeals, Ninth Circuit. May 5, 1913.) No. 2,176. Appeal from the District Court of the United States for the Second Division of the Northern District of California; William C. Van Fleet, Judge. Percy V. Long, City Atty., and Thos. E. Haven, Asst. City Atty., both of San Francisco, Cal., for appellants. John W. Shenk, City Atty., and George E. Cryer, Asst. City Atty., both of Los Angeles, Cal., amici curiæ. Edward J. McCutchen, A. Crawford Greene, and Page, McCutchen, Knight & Olney, all of San Francisco, Cal., for appellee. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. On the authority of the decision of the Supreme Court in the case of Home Telephone & Telegraph Company v. City of Los Angeles et al., 227 U. S. 278, 33 Sup. Ct. 312, 57 L. Ed. ——, October term, 1912, the judgment is affirmed.

---

FREEMAN v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. April 30, 1913.) In Error to the District Court of the United States for the Southern District of New York. Application to admit plaintiff in error, who was defendant below, to bail pending disposition of the writ of error. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Bail may be taken in the amount of $150,000. Sureties to be individuals, not surety companies or corporations, and not indemnified by defendant, or any other person, and no one to assume more than $20,000. Sureties to be approved by the district attorney, or, in case of disapproval by him, then by the court. Bond conditioned that defendant will not leave the Southern district of New York, will report himself daily, except Sundays, to the marshal, and will be returned to custody on the morning of the 1st Monday of November 1913, or such other day thereafter as this court may by order direct. The bond shall further provide that no failure to notify sureties of failure to report himself shall be any defense to proceeding to forfeit the bond. There shall also be a stipulation entered into that the cause be ready for argument on writ of error on the first day of the coming October term, record to be printed by August 1, 1913.